IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMIE BURROW                                                    PLAINTIFF

v.                        CASE NO. 4:22-CV-01114-BSM

DONA GORDON, MARJORIE HALL,
BERNARD WILLIAMS, and ROBERT
DEOCALES, in their individual
capacities; and WELLPATH, LLC                    DEFENDANTS

## JUDGMENT

Consistent with the order entered today, Amie Burrow's 42 United States Code section 1983 and Arkansas Code Annotated section 16-123-105 claims are dismissed with prejudice, and Burrow's wrongful discharge claim is dismissed without prejudice.

IT IS SO ORDERED this 8th day of September, 2023.

_Brian S. Miller_
UNITED STATES DISTRICT JUDGE